ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA              :
                                      :   **ORDER**
        -v-                           :   07 Cr. 710
                                      :
SIDNEY WILLIAMS and                   :
NICOLE PRIESTLEY,                     :
                                      :
                                      :
            Defendants.               :
                                      :
- - - - - - - - - - - - - - - - - - - - - X

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Marissa Molé;

      IT IS HEREBY ORDERED that the Indictment in the above-captioned action be unsealed since SIDNEY WILLIAMS, one of the defendants in the action, has been arrested and is being presented and arraigned under the above-listed Indictment.

Dated: New York, New York
       August 28, 2007

_____
UNITED STATES MAGISTRATE JUDGE

Debra Freeman
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 28 2007