AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         NEW YORK

## APPEARANCE

Case Number: 07 CR 00710 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SYDNEY WILLIAMS

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/10/2007 | *[signature]* |
| Date | Signature |
| | Louis M. Freeman — 7567 |
| | Print Name — Bar Number |
| | 30 Vesey Street, Ste. 100 |
| | Address |
| | New York — NY — 10007 |
| | City — State — Zip Code |
| | (212) 608-0808 — (212) 962-9696 |
| | Phone Number — Fax Number |