UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :     ECF CASE

    - v. -                            :     07 Cr. 710 (DAB)

SYDNEY WILLIAMS,                    :     ~~PROPOSED~~ ORDER

        Defendant.              :

- - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07

*DAB 10/2/07*

       Upon the joint application of the United States and Defendant Sydney Williams, by the United States Attorney for the Southern District of New York, by Assistant United States Attorney Marissa Molé, and by Louis Freeman, attorney for Sydney Williams, after consulting with the Bureau of Prisons, requesting that an Order be issued directing the defendant to submit to a mental examination pursuant to 18 U.S.C. § 4241(b) to determine the mental competency of the defendant, and to determine the appropriate course of treatment for the defendant;

       It is hereby

       ORDERED that Defendant Sydney Williams undergo a psychiatric examination to be conducted by the Bureau of Prisons to determine whether Williams is competent to understand the nature and consequences of the proceedings against him or to assist properly in his defense, pursuant to 18 U.S.C. § 4241(b), and to determine the appropriate course of treatment for Williams. It is further

ORDERED that a report concerning the results of this examination shall be filed with the Court with copies provided to counsel for the Defendant and to the attorney for the Government pursuant to 18 U.S.C. § 4247(c). It is further

ORDERED, that the results of the examination of Sydney Williams be obtained as expeditiously as possible. It is further

ORDERED, that time be excluded from speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(1)(A).

DATED:   New York, New York
~~September    , 2007~~

*Deborah A. Batts*  10/2/07
HONORABLE DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE