

MEMO ENDORSED

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*

---

*Butner, North Carolina 27509*
☐ *Federal Medical Center*
  *P.O. Box 1500*
■ *Federal Correctional Institution*
  *P. O. Box 1000*
☐ *Low Security Correctional Institution*
  *P.O. Box 999*

November 19, 2007

USDC SDNY
DOCUMENT
E
L
U ...
3 NOV 1

The Honorable Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY, 10007



RE: WILLIAMS, Syndey
REGISTER NUMBER: 60337-054
DOCKET NUMBER: 07-CR-710 (DAB)

Dear Judge Batts:

The above referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina on November 13, 2007, pursuant to the provisions of Title 18, United States Code, Sections 4241(b).

Currently, the evaluator is conducting interviews and psychological testing with Mr. Williams, which are necessary to complete his evaluation. In order to complete extensive psychological testing, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for 15 days. If this request is granted, the evaluation period will end on December 27, 2007. My staff will complete the evaluation as soon as possible and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please forward copies of the amended Order by fax machine to T. Taylor, Health Systems Specialist, Psychology Services at (919) 575-2015 and also to C. Gregory, Inmate Systems Manager at (919) 575-2003. Please mail a certified copy to the Records Office at FCI I Butner.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-5000.

Respectfully,

Tracy W. Johns
Warden

MEMO ENDORSED

GRANTED/DENIED (Circle One)          DATE: 30 NOV 07

Signature: Deborah A. Batts
Judge (Insert Magistrate/Judge's Name)
30 NOV 07