


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2008

**BY FACSIMILE**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Sidney Williams et. al.,**
           **07 Cr. 710 (DAB)**

Dear Judge Batts:

    A pre-trial conference has been set in the above-referenced case for Monday, January 7, 2008, at 10:30 a.m. However, there have been on-going discussions in this case regarding a possible disposition.

    The Government therefore respectfully requests that the pre-trial conference be postponed until early February, and that time be excluded until then in order for the parties to continue their discussions and/or review discovery and determine if there will be any motions. Defense counsel for both defendants have no objection to this request.

*[Handwritten: GRANTED UNTIL FEB. 11, 2008 at 11:30 A.M. /DAB/]*

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

    By: *[signature]*
    Marissa Molé
    Assistant United States Attorney
    (212) 637-2275

cc:    Robert Weinstein, Esq.
        Louis Freeman, Esq.

**SO ORDERED**

*[signature: Deborah A. Batts]*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
JAN 4, 2008