**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2008

**BY FACSIMILE**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Sidney Williams et. al.,
              07 Cr. 710 (DAB)

Dear Judge Batts:

    A pre-trial conference was previously set in the above-referenced case for April 7, 2008. The Court has now rescheduled that conference for Monday, April 21, 2008 at 10:30 a.m. [Granted / DAB]

    Accordingly, the Government respectfully requests that time be excluded from speedy trial calculations until that date. The Government has produced discovery to the defense counsel, who are reviewing it, and is having discussions about the possibility of dispositions with counsel. Defense counsel Robert Weinstein, Esq. and Louis Freeman, Esq. have no objection to the exclusion.

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney

                By:  /s/ Marissa Molé
                        Marissa Molé
                        Assistant United States Attorney
                        (212) 637-2275

cc:    Robert Weinstein, Esq.
        Louis Freeman, Esq.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

4/9/08

*[Stamped: MEMO ENDORSED]*
*[Stamped: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 4/9/08]*