U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 11, 2008

**BY FACSIMILE**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: United States v. Sidney Williams et. al.,
07 Cr. 710 (DAB)   ? NICOLE PRIESTLEY

Dear Judge Batts:

A pre-trial conference has been set in the above-referenced case for April 21, 2008 at 10:30 a.m. However, there have been on-going discussions in this case regarding a possible disposition.

The Government therefore respectfully requests that the pre-trial conference be postponed for 30 days, and that time be excluded until then in order for the parties to continue their discussions and/or review discovery and determine if there will be any motions. Defense counsel Robert Weinstein, Esq. and Louis Freeman, Esq. have no objection to the exclusion.

*GRANTED UNTIL JUNE 2, 2008 /DAB/*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Marissa Mole*
Marissa Molé
Assistant United States Attorney
(212) 637-2275

cc: Robert Weinstein, Esq.
Louis Freeman, Esq.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

4/11/08